**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: December 03, 2024

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

    Re: Case No. 24-4035, *John Koe v. University Hospitals Health System, Inc., et al*
          Originating Case No. 1:22-cv-01455

Dear Mr. Koe,

   This appeal has been docketed as case number **24-4035** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

   You have until **January 2, 2025** to either pay the $605.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit. Either one must be paid/filed with the <u>U.S. District Court</u>. **Failure to do one or the other may result in the dismissal of the appeal without further notice**. If you move for pauper status and the district court denies your motion in part or in full, or if you are otherwise dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following case opening items are due by **January 2, 2025**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

                Appellee:     Appearance of Counsel
                              Disclosure of Corporate Affiliation
                              Application for Admission to 6th Circuit Bar (if applicable)

  The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

                     Sincerely,

                     s/Gretchen S. Abruzzo
                     Case Manager
                     Direct Dial No. 513-564-7018

cc: Mr. David A. Campbell III

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 24-4035**

JOHN KOE, a pseudonym, aka Nicholas Krudy

    Plaintiff - Appellant

v.

UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.; UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER

    Defendants - Appellees