**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 14, 2025

Mr. David A. Campbell III
Gordon Rees Scully Mansukhani
600 Superior Avenue, E.
Suite 1300
Cleveland, OH 44114

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

Re: Case No. 24-4035, *John Koe v. University Hospitals Health System, Inc., et al*
Originating Case No. : 1:22-cv-01455

Dear Counsel and Mr. Koe,

The briefing schedule listed below gives you the opportunity to present your issues to the court in your own words. You may follow these requirements or use the simplified briefing form which is enclosed. If you are an inmate in an institution, your brief will be considered timely if it is deposited in your institution's mail on or before the filing date. The brief should include a declaration under penalty of perjury or a notarized statement stating the date that the brief has been deposited and that first-class postage has been paid. *See* Fed. R. App. P. 25(a)(2)(A)iii. If you are *not* an inmate, your brief is considered timely if it is mailed to the clerk by first-class mail, or dispatched to a commercial carrier for delivery to the clerk within three days, or received in the court by the filing date indicated below. *See* Fed. R. App. P. 25(a)(2)(A)ii. If the brief is filed late, the case is at risk of being dismissed for want of prosecution.

|  |  |
|---|---|
| Appellant's Brief | 1 signed original<br>Limit of 30 pages or 13,000 words<br>Filed by **February 26, 2025** |

Citations in your brief to the lower court record must include (i) a **brief** description of the document, (ii) the record entry number and (iii) the "**Page ID** #" for the relevant pages. When citing a sealed document to which counsel has been denied access to the paginated version in the lower court, please refer to the docket entry number and the page number of the document, e.g., Sealed RE 25, page 3. Consult 6 Cir. R. 28(a)(1).

| | |
|---|---|
| Appellee's Brief<br>Appendix (if required by<br>  6 Cir. R. 30(a) and (c)(2)) | Filed electronically by **March 28, 2025** |
| Appellant's Reply Brief<br>(Optional Brief) | If multiple appellee briefs are filed,<br>only one reply brief may be filed by<br>appellants.  The reply brief<br>is due no later than **24** days after<br>the last appellee brief is filed. |

    For most appeals, the Court will access directly the electronic record in the district court.  However, to determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

    If you still have questions after reviewing the information on the web site, please contact the Clerk's office <u>before</u> you file your brief.

                                            Sincerely,

                                            s/Gretchen S. Abruzzo<br>
                                            Case Manager<br>
                                            Direct Dial No. 513-564-7018

Enclosure – pro se appellant brief form