

**RECEIVED**
02/25/2025
KELLY L. STEPHENS, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| JOHN KOE | ) | |
| | ) | |
|     Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | No. 24-4035 |
| | ) | |
| UNIVERSITY HOSPITALS HEALTH | ) | |
| SYSTEM INC., et al., | ) | |
| | ) | |
|     Defendants-Appellees. | ) | |

### APPELLANT'S MOTION TO EXTEND TIME TO FILE OPENING BRIEF

Pursuant to FRAP 27 and 6 Cir. R. 26, Appellant John Koe respectfully requests a 21-day extension of time, to and including March 18, 2025, for the time for filing his opening brief. Appellant has not previously sought an extension in this case.

Pursuant to the Court's initial briefing letter dated January 14, 2025, Appellant's Brief currently due on February 26, 2025. Appellant respectfully requests a 21-day extension of time, to and including March 18, 2025, in which to file his opening brief. The extension is requested due to a Motion for Relief ("Motion") recently filed in the district court and pending a decision. (ECF 28). The district court has not had an opportunity to consider the Motion

- 1-

and attached proposed first amended complaint.  The district court's disposition of the Motion could significantly alter the need for or focus of this appeal. For example, if the district court granted the pending Motion in full, the instant appeal would largely or entirely be rendered moot. On the other hand, if the district court were to fully deny the Motion, Appellant would seek to file an Amended Notice of Appeal and brief the issues related to the denial of the Motion. A grant of the requested extension would avoid the unnecessary supplemental briefing and allow for a single opening brief. The district court judge generally rules quickly on such Motions.

For the foregoing reasons, the Court should grant Appellant's requested 21-day extension of time, to and including March 18, 2025, in which to file his opening brief.

Dated: February 25, 2025

Respectfully submitted,

John Koe, a pseudonym
l/k/a Nicholas Krudy

Nicholas Krudy
PO Box 527
Novelty OH 44072-0527

Tel: (330) 732-5001
Email: john@johnkoe.org

Plaintiff-Appellant, *pro se*

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2025, I electronically filed the foregoing motion with the Clerk of the United States Court of Appeals for the Sixth Circuit via the electronic mail box designated for *pro se* filers:

CA06_Pro_Se_Efiling@ca6.uscourts.gov

Service will be made on the following through the CM/ECF system as well as electronic mail:

<u>Counsel for Appellees</u>

David A. Campbell, III (OH Attorney# 66494)
Gordon Rees Scully Mansukhani, LLP

dcampbell@grsm.com

Donald Slezak (OH Attorney# 92422)
Gordon Rees Scully Mansukhani, LLP

dslezak@grsm.com