RECEIVED
03/20/2025
KELLY L. STEPHENS, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JOHN KOE, a pseudonym, aka Nicholas Krudy ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | No. 24-4035 |
| ) | |
| UNIVERSITY HOSPITALS HEALTH ) | |
| SYSTEM INC., et al., ) | |
| ) | |
| Defendants-Appellees. ) | |

APPELLANT'S MOTION TO FILE OPENING BRIEF OVER TIME

Pursuant to Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 26, Plaintiff-Appellant John Koe, a pseudonym, l/k/a Nicholas Krudy ("Krudy") respectfully requests a 1-day extension to file his opening brief on March 20, 2025. Krudy previously sought one extension in this case. Pursuant to the Court's revised briefing letter of February 26, 2025, Krudy's opening brief was due March 19, 2025. The requested extension is necessary due an unexpected connectivity issue that prevented Krudy from successfully submitting his initial brief to the Court on March 19, 2025. This motion and Krudy's opening brief are being submitted to the Court contemporaneously before the Court opens on March 20, 2025.

For the foregoing reasons, Krudy respectfully requests the filing of his contemporaneously filed opening pro se appellant brief on March 20, 2025.

Dated: March 20, 2025

        Respectfully submitted,

        _____
        Nicholas Krudy

        John Koe, a pseudonym, aka Nicholas Krudy

        Plaintiff-Appellant, *pro se*

        Nicholas Krudy
        PO Box 527
        Novelty OH 44072-0527

        Tel: (330) 732-5001
        Email: john@johnkoe.org

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2025, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Sixth Circuit via the electronic mail box designated for *pro se* filers:

CA06 Pro_ Se_ Efiling@ca6.uscourts.gov

Service will be made on the following through the CM/ECF system as well as electronic mail:

David A. Campbell, III (OH Attorney# 66494)
Gordon Rees Scully Mansukhani, LLP
dcampbell@grsm.com

Donald Slezak (OH Attorney# 92422)
Gordon Rees Scully Mansukhani, LLP
dslezak@grsm.com

_____
Nicholas Krudy