## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 20, 2025

Mr. David A. Campbell III
Gordon Rees Scully Mansukhani
600 Superior Avenue, E.
Suite 1300
Cleveland, OH 44114

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

          Re: Case No. 24-4035, *John Koe v. University Hospitals Health System, Inc., et al*
              Originating Case No. 1:22-cv-01455

Dear Counsel and Mr. Koe,

   The appellant's motion to extend time to file brief by one (1) day is **GRANTED**. The appellant brief is accepted as timely filed.

   The briefing schedule for this case has been reset and the briefs listed below must be filed with the Clerk's office no later than these dates. The appellant must serve his brief by mailing it to all opposing counsel.

| | |
|---|---|
| Appellee's Brief<br>Appendix (if required by 6th<br>  Cir. R. 30(a) and (c)) | Filed electronically by **April 21, 2025** |
| Appellant's Reply Brief<br>(Optional Brief) | Mailed **24** days after<br>the appellee's brief |

   **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

If you have questions about filing the briefs, refer to the initial briefing schedule letter or to the Court's web site www.ca6.uscourts.gov.  If you still have questions after reviewing the information on the web site, please contact the Clerk's office.

    Sincerely,

    s/Gretchen S. Abruzzo
    Case Manager
    Direct Dial No. 513-564-7018