RECEIVED
04/17/2025
KELLY L. STEPHENS, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JOHN KOE, a pseudonym, aka Nicholas Krudy, | ) ) ) ) |
| Plaintiff-Appellant, | ) ) |
| v. | ) ) Case No. 24-4035 |
| UNIVERSITY HOSPITALS HEALTH SYSTEM INC., et al., | ) ) ) ) |
| Defendants-Appellees. | ) ) ) |

APPELLANT'S MEMORANDUM IN OPPOSITION TO
APPELLEES' MOTION TO EXTEND TIME TO FILE BRIEF

Appellees University Hospitals Health System, Inc. and University Hospitals Cleveland Medical Center (collectively "UH") have moved on April 17, 2025 for a thirty-day extension of the current April 21, 2025 deadline to file the Appellee Brief. As justification for requesting that extension, UH cites its preparation of filings in other litigation with Appellant beyond this appeal.

The court may extend time for good cause. FRAP 26(b). However, "[t]he court does not favor motions to extend briefing deadlines." 6 Cir. I.O.P. 26(a). Rather, the "court disfavors

- 1 -

applications for extensions of time for the filing of briefs." 6 Cir. R. 26(a)(1). "A party seeking a filing deadline extension should assume that there is no extension unless the clerk advises otherwise." 6 Cir. I.O.P. 26(b). "The fact that the opposing party [...] previously received an extension is not dispositive of the motion." 6 Cir. R. 26(a)(1).

The reason UH gives for requesting a thirty-day extension to the deadline for filing its Appellee brief amounts to UH's failure to prepare that brief over the past four weeks. UH's delay or disregard for the briefing deadline do not constitute good cause for extending the Appellee brief deadline. Accordingly, UH's Motion to Extend Time to File Appellees' Brief should be denied.

Dated: April 17, 2025                          Respectfully submitted,

                                               _____
                                               Nicholas Krudy

                                               John Koe, a pseudonym,
                                               aka Nicholas Krudy

                                               Plaintiff-Appellant, *pro se*

PO Box 527
Novelty OH 44072-0527

Tel: (330) 732-5001
Email: john@johnkoe.org

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2025, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Sixth Circuit via the electronic mail box designated for *pro se* filers:

CA06 Pro_ Se_ Efiling@ca6.uscourts.gov

Service will be made on the following through the CM/ECF system as well as electronic mail:

David A. Campbell, III (OH Attorney# 66494)
Gordon Rees Scully Mansukhani, LLP
dcampbell@grsm.com

Donald Slezak (OH Attorney# 92422)
Gordon Rees Scully Mansukhani, LLP
dslezak@grsm.com

/s/ Nicholas Krudy
Nicholas Krudy