No. 24-4035

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Apr 25, 2025
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| JOHN KOE, a pseudonym, aka Nicholas Krudy, | ) ) ) | |
| Plaintiff - Appellant, | ) ) | |
| v. | ) ) | O R D E R |
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.; UNIVERSITY HOSPITALS CLEVELAND MEDICAL CENTER, | ) ) ) ) ) | |
| Defendants - Appellees. | ) ) | |

Proceeding without counsel, the plaintiff appeals the district court's order denying his motions for leave to file an amended complaint and to reopen or reinstate the case. The defendants move for a 30-day extension of time to file their brief, and the plaintiff responds in opposition.

Although the court disfavors motions to extend a briefing deadline, 6 Cir. R. 26(a)(1), 6 Cir. I.O.P. 26(a), this is the defendants' first motion for a modest extension. Accordingly, the motion is GRANTED, and briefing will be reset by separate letter.

Further extensions of time are unlikely to be granted.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Kelly L. Stephens, Clerk