# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 25, 2025

Mr. David A. Campbell III
Mr. Donald Gabriel Slezak
Gordon Rees Scully Mansukhani
600 Superior Avenue, E.
Suite 1300
Cleveland, OH 44114

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

Re: Case No. 24-4035, *John Koe v. University Hospitals Health System, Inc., et al*
Originating Case No. 1:22-cv-01455

Dear Counsel and Mr. Koe,

   The appellees' motion to extend time to file brief by thirty (30) days is GRANTED. The briefing schedule for this case has been reset and the briefs listed below must be filed with the Clerk's office no later than these dates. The appellant must serve his brief by mailing it to all opposing counsel.

| | |
|---|---|
| Appellee's Brief<br>Appendix (if required by 6th<br>  Cir. R. 30(a) and (c)) | Filed electronically by **May 21, 2025** |
| Appellant's Reply Brief<br>(Optional Brief) | Mailed **24** days after<br>the appellee's brief |

   **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

    If you have questions about filing the briefs, refer to the initial briefing schedule letter or to the Court's web site www.ca6.uscourts.gov.  If you still have questions after reviewing the information on the web site, please contact the Clerk's office.

                                                Sincerely,

                                                s/Gretchen S. Abruzzo
                                                Case Manager
                                                Direct Dial No. 513-564-7018