RECEIVED
05/20/2025
KELLY L. STEPHENS, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JOHN KOE, a pseudonym, <br>    aka Nicholas Krudy, <br><br>    Plaintiff-Appellant, <br><br> v. <br><br> UNIVERSITY HOSPITALS HEALTH <br> SYSTEM INC., et al., <br><br>    Defendants-Appellees. | No. 24-4035 |

### APPELLANT'S MOTION TO CLARIFY RECORD
### AND ADDRESS DOCKETING ERROR

Background

On March 18, 2025, Appellant filed an amended notice of appeal (RE 30) in the district court in 1:22-cv-01455 (N.D. Ohio) to confirm that this Court would have jurisdiction to review both the original post-judgment denial of relief (RE 26, October 31, 2024) and the district court's subsequent indicative ruling (RE 29, February 26, 2025). Appellant respectfully clarifies that his intent was to ensure completeness of appellate jurisdiction within the scope of the existing appeal, Case No. 24-4035, rather than to initiate a separate or duplicative appeal.

- 1-

Appellant did not interpret the indicative ruling issued while this appeal was pending as a new, final appealable order. See *First Nat'l Bank of Salem, Ohio v. Hirsch*, 535 F.2d 343, 346 (6th Cir. 1976) (recognizing a two-step process for seeking post-judgment relief under Rule 60(b) while an appeal is pending). Rather, the amended notice was filed out of an abundance of caution to reflect that the full post-judgment record, including RE 29, should be reviewed in this appeal.

Clarification Requested

Appellant respectfully requests that the Court:

1. Confirm that Case No. 24-4035 encompasses review of RE 26 and RE 29; and

2. Clarify that no adverse inference shall be drawn from the administrative dismissal of Case No. 25-3196, which was not intended to be a separate appeal, and which was dismissed for want of prosecution after no fees were paid.[1]

---

[1] Case No. 25-3196 was opened administratively and dismissed for want of prosecution after no fees were paid. Appellant never intended to initiate or pursue it as a separate appeal.

This motion is submitted to ensure clarity in the record and to avoid any procedural misunderstanding.

Dated: May 20, 2025
       
Respectfully submitted,

_____
Nicholas Krudy

John Koe, a pseudonym,
aka Nicholas Krudy

Plaintiff-Appellant, *pro se*

PO Box 527
Novelty OH 44072-0527

Tel: (330) 732-5001
Email: john@johnkoe.org

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2025, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Sixth Circuit via the designated pro se filing email:

**CA06_Pro_Se_Efiling@ca6.uscourts.gov**

Service will be made on the following through the CM/ECF system as well as electronic mail:

    David A. Campbell, III (OH Attorney# 66494)
    Gordon Rees Scully Mansukhani, LLP
    dcampbell@grsm.com

    Donald Slezak (OH Attorney# 92422)
    Gordon Rees Scully Mansukhani, LLP
    dslezak@grsm.com

                                                Nicholas Krudy