No. 24-4035

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

> **FILED**
> May 22, 2025
> KELLY L. STEPHENS, Clerk

JOHN KOE, a pseudonym, aka Nicholas Krudy,    )
                                              )
          Plaintiff - Appellant,              )
                                              )
v.                                            )          O R D E R
                                              )
UNIVERSITY    HOSPITALS    HEALTH             )
SYSTEM, INC.; UNIVERSITY HOSPITALS            )
CLEVELAND MEDICAL CENTER,                     )
                                              )
          Defendants - Appellants.            )

The plaintiff appeals the district court's order denying his motions for leave to file an amended complaint and to reopen/reinstate the case.

The plaintiff filed his notice of appeal on December 2, 2024. In response, the clerk opened No. 24-4035. On February 25, 2025, the plaintiff moved the district court for relief from its prior order. After the district court denied relief, the plaintiff filed an "amended notice of appeal." The clerk opened a second appeal, No. 25-3196. Case No. 25-3196 was dismissed for want of prosecution after the plaintiff failed to timely pay the appellate filing fee or move the district court for leave to proceed on appeal in forma pauperis. He now moves to clarify the record and address a perceived docketing error, suggesting that he did not intend for a second appeal.

Federal Rule of Appellate Procedure (FRAP) 4(a)(4)(A) provides a time-tolling mechanism if a party timely files any of the enumerated motions stated in the Rule. The plaintiff did not file for relief from the district court's December 2024 decision until February 25, 2025, or well past the deadline to file any of the stated motions. Thus, and to the extent the plaintiff's February 25 motion was even encompassed by FRAP 4(a)(4)(A), it was not time-tolling. The

- 2 -

plaintiff's notice of appeal from the district court's February 26 order was a new notice of appeal for purposes of the Rules, resulting in a separate case and requiring a separate filing fee.

The plaintiff's motion to clarify is DENIED.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk