# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 08, 2025

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

Mr. David A. Campbell III
Mr. Donald Gabriel Slezak
Gordon Rees Scully Mansukhani
600 Superior Avenue, E.
Suite 1300
Cleveland, OH 44114

Re: Case No. 24-4035, *John Koe v. University Hospitals Health System, Inc., et al*
Originating Case No. 1:22-cv-01455

Dear Mr. Koe and Counsel,

The appellant's motion to extend time to file the reply brief by one (1) day is **GRANTED**. The reply brief is accepted as timely filed.

Sincerely,

s/Gretchen A.
Case Manager
Direct Dial No. 513-564-7018