UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

Aug 1, 2025

KELLY L. STEPHENS, Clerk

No. 24-4035

JOHN KOE, a pseudonym, aka Nicholas Krudy,

    Plaintiff-Appellant,

v.

UNIVERSITY HOSPITALS HEALTH SYSTEM,
INC.; UNIVERSITY HOSPITALS CLEVELAND
MEDICAL CENTER,

    Defendants-Appellees.

Before: SUTTON, Chief Judge; NORRIS and SILER, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Northern District of Ohio at Cleveland.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the order of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk