# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 19, 2025

Mr. John Koe
P.O. Box 527
Novelty, OH 44072-0527

Re: Case No. 24-4035, *John Koe v. University Hospitals Health System, Inc., et al*
Originating Case No. 1:22-cv-01455

Dear Mr. Koe,

   This is to advise that the court has granted your motion for an extension of time in which to file a Petition for Rehearing.

   Your petition is to be received in the clerk's office no later than the close of business on **September 2, 2025**.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Gretchen
Direct Dial No. 513-564-7018

cc: Mr. David A. Campbell III
    Mr. Donald Gabriel Slezak